**John W. Villines, SBN 193672**
**Vincent L. Jamison, SBN 262472**
**JV LAW**
**726 14th Street, Suite E**
**Modesto, CA  95354**
**Tel:  (209) 524-9903**
**Fax: (209) 524-6655**
**E-Mail:  john@jvlaw.net**

Attorney for Plaintiff
WENDY L. EAGENS

# THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY L. EAGENS, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GMAC MORTGAGE, LLC, a Delaware limited liability company; ETS SERVICES, LLC, a Delaware limited liability company; FEDERAL NATIONAL MORTGAGE ASSOCIATION, entity unknown; and DOES 1 through 100,  inclusive,<br><br>　　　　　Defendants. | Case No.:   3:09-cv-05491-SC<br><br>[PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>[Fed. R. Civ. Proc. 41(a)] |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff WENDY EAGEN has filed and served on all parties a Notice of Voluntarily Dismissal Without Prejudice.

IT IS ORDERED that the above-captioned action, *Wendy L. Eagens v. GMAC Mortgage, LLC, ETS Services, LLC, Federal National Mortgage Association, and Does 1-100,* Case Number 3:09-cv-05491-SC, be, and hereby is,

-1-

**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

JV Law
P.O. Box 580049
Modesto, CA 95358
Tel:  209.524.9903
Fax:  209.524.6655
www.jvlaw.net

dismissed without prejudice.

Dated: January 20, 2010



_____
United States District Court Judge
Judge Samuel Conti

IT IS SO ORDERED

**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**JV Law**
P.O. Box 580049
Modesto, CA 95358
Tel: 209.524.9903
Fax: 209.524.6655
www.jvlaw.net